# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

November 22, 2021

*December 1, 2021 conference*
*adjourned to 1/14/22 at*
*2 30 P.M.*
*So ordered.*
*John G. Koeltl*
*U.S.D.J.*
*11/23/21*

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 14A
New York, NY 10007

Re:   **Norris v. Takumi Japanese Cuisine II Inc., et al.**
       **Case 1:21-cv-07449-JGK**

Dear Judge Koeltl:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for December 1, 2021, at 3:00 p.m., in your Honor's Courtroom.  However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 7 & D.E. 8].  In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/  B. Bradley Weitz
     B. Bradley Weitz, Esq. (BW9365)
     THE WEITZ LAW FIRM, P.A.
     Attorney for Plaintiff
     Bank of America Building
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Telephone: (305) 949-7777
     Facsimile:  (305) 704-3877
     Email: bbw@weitzfirm.com