UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAMEL NORRIS,

                Plaintiff.

    - against -

TAKUMI JAPANESE CUISINE II INC., ET AL.,

                Defendants.

21-cv-7449 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by March 18, 2022.

SO ORDERED.

Dated:    New York, New York
            March 1, 2022

                                                John G. Koeltl
                                        United States District Judge